UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER CARROLL, as Special Administrator of the Estate of PAUL CARROLL, deceased, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JOSE A. BARCENAS, individually, and BAY VALLEY FOODS, LLC, | ) ) ) |
| Defendants. | ) ) |

Case No. 3:19-cv-50140

### **JURISDICTIONAL ADDENDUM**

NOW COMES the Plaintiff, CHRISTOPHER CARROLL, as Special Administrator of the Estate of PAUL CARROLL, deceased, by and through his attorneys, BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, and for his JURISDICTIONAL ADDENDUM, states as follows:

### **Parties**

1. Christopher Carroll is an individual that is a citizen of the State of Pennsylvania.

2. Paul Carroll ("Carroll") was a citizen of the State of Maryland prior to his death.

3. Jose A. Barcenas ("Barcenas") is an individual that is citizen of the State of Arkansas.

4. Bay Valley Foods, LLC ("Bay Valley Foods") is a limited liability corporation that is incorporated in the State of Illinois, and its principal place of business is located in the State of Illinois.

1

CHRISTOPHER CARROLL, as Special Administrator of the Estate of PAUL CARROLL, deceased, PLAINTIFF

By: /s/ Mohit Khare
      Mohit Khare

Mohit Khare
Barrick, Switzer, Long, Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, IL, 61108
815-962-6611
mkhare@bslbv.com